

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
~~XXXXXXXXXXXX~~
ATTORNEY GENERAL

March 1, 1939

Hon. Chas. R. Martin
County Auditor
Harrison County
Marshall, Texas

Dear Sir:                    Opinion No. O-236
                             Re: Will publication of information
                                 called for in exhibit "b" comply
                                 with requirements of Article 1636,
                                 Revised Civil Statutes, 1925?

          Your request for an opinion on the above stated question has been received by this office.

          We have the forms of affidavit of Commissioners'
Court as to county finances and order approving county treasurer's report, submitted by you, marked exhibit "a" in red
pencil; also, another form marked exhibit "b" in red pencil
which you want to publish in lieu of the affidavit marked exhibit "a" in order to reduce expenditures in the publication
of the county treasurer's quarterly report in a newspaper under
and be virtue of Article 1656 of the Revised Civil Statutes of
Texas.

          You state in your letter that in the past the affidavit of the Commissioners' Court as to county finances and
the order approving county treasurer's report have both been
published in a newspaper.

          Article 1636, Revised Civil Statutes of Texas, provides
as follows:

          "When the commissioners court has compared
     and examined the quarterly report of the treasurer, and found the same correct, it shall cause
     an order to be entered upon the minutes of the
     court, stating the approval thereof, and reciting
     separately the amount received and paid out of
     each fund by the treasurer since the preceding
     treasurer's quarterly report, and the balance of
     such fund, if any, remaining in the treasurer's
     hands and the court shall cause the proper credit
     to be made in the accounts of the treasurer, in
     accordance with said order. Said court shall

actually inspect and count all the actual cash
and assets in the hands of the treasurer belong-
ing to the county at the time of the examination
of his said report.  Prior to the adjournment
of each regular term of the court, the county
judge and each commissioner shall make affidavit
that the requirements of this article have been
in all things fully complied with by them at said
term of said court, and that the cash and other
assets mentioned in said county treasurer's
quarterly report made by said treasurer to said
court, and held by him for the county, have been
fully inspected and counted by them giving the
amount of said money and other assets in his
hands.  Such affidavits shall be filed with the
county clerk and recorded in the minutes of said
court the term at which the same were filed; and
the same shall be published in some newspaper pub-
lished in the county if there be a newspaper pub-
lished in the county, for one time."

We understand from your letter that it is the intention
of the Commissioners' Court to continue to use the forms marked
exhibit "a", to be filed and entered upon the minutes of the
Commissioners' Court and the form marked exhibit "b" is to be
published in lieu of the form of affidavit marked exhibit "a"
which will be the form actually used and entered upon the min-
utes of the Commissioners' Court.

Article 1636, supra, provides that:

"Such affidavits shall be filed with the
county clerk and recorded in the minutes of said
court the term at which the same were filed; and
the same shall be published in some newspaper
published in the county if there be a newspaper
published in the county, for one time."

You are respectfully advised that it is the opinion of
this Department that the form marked exhibit "b" does not comply
with Article 1636 and that the affidavit of the Commissioners'
Court as to county finances which is filed and entered upon the
minutes of the court must be published in a newspaper and no
other affidavit may be published in lieu of the affidavit actu-
ally on file and entered upon the minutes of the court.

You are further advised that it is not necessary to
publish the order approving the county treasurer's report in
that Article 1636 requires only the affidavit of the Commis-
sioners' Court as to county finances to be published.

Trusting that the foregoing answers your inquiry, we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS


By s/Ardell Williams
   Ardell Williams
   Assistant

AW:AW:wc

APPROVED:
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS